```
GAIL SHIFMAN
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500

Attorney for Defendant
MARK HILL

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7152

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARK EDWARD HILL, <br> Defendant. | No. CR 02 0383 SI <br><br> STIPULATION AND ORDER CONTINUING VIOLATION HEARING |

The Parties are in agreement and stipulate that the violation hearing in this matter shall be vacated from August 1, 2008 and continued until August 15, 2008 at 2:00 p.m.

**IT IS SO STIPULATED.**

/s/
_____
GAIL SHIFMAN
Attorney for Defendant Mark Edward Hill
Dated: July 30, 2008

JOSEPH RUSINELLO
UNITED STATES ATTORNEY
/s/
_____
TIMOTHY LUCEY
Assistant United States Attorney
Dated: July 30, 2008

**IT IS SO ORDERED.**

Dated: JULY _____, 2008

_____
HONORABLE SUSAN ILLSTON
United States District Court